UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON F. SPOON-ARENDT, | ) | No. EDCV 07-1564-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: June 9, 2009_____   _/S/ ROSALYN M. CHAPMAN_____
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-1564.jud
6/9/09